# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

THERESA FISHER AND JERRY FISHER,

    Plaintiffs,

v.                                                Case No.: 3:21-cv-00152-MPM-JMV
                                                  JURY DEMANDED

BLAZIN WINGS, INC.,

    Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Theresa Fisher and Jerry Fisher and Defendant Blazin Wings, Inc., by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice, each party to bear their/its own costs, expenses, and attorneys' fees.

Respectfully submitted this the 15th day of September 2021.

                                                      /s/ Thomas R. Greer
                                                      Thomas R. Greer (#105164)
                                                      Bailey & Greer, PLLC
                                                      6256 Poplar Avenue
                                                      Memphis, TN 38119
                                                      Phone: (901) 680-9777
                                                      Fax: (901) 680-0580
                                                      tgreer@baileygreer.com

                                                      *Attorneys for Plaintiffs*

/s/ Katherine E. Carr
Katherine E. Carr (#105791)
CARR ALLISON
212 South Cedar Street
Florence, AL 35630
Phone: (256) 718-6040
Fax: (256) 718-2150
kbcarr@carrallison.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the counsel listed below on September 15, 2021, via the Court's electronic filing system.

Katherine E. Carr (#105791)
CARR ALLISON
212 South Cedar Street
Florence, AL 35630
Phone: (256) 718-6040
Fax: (256) 718-2150
kbcarr@carrallison.com

*Attorneys for Defendant*

/s/ Baker Yates
Baker Yates