**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

| | |
|---|---|
| **THERESA FISHER AND JERRY FISHER** | **PLAINTIFFS** |
| **V.** | **NO: 3:21CV152-M-V** |
| **BLAZIN WINGS, INC.** | **DEFENDANT** |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to a [12] Stipulation of Dismissal filed jointly by the parties in this case, it is hereby **ORDERED** that the cause be dismissed without prejudice and the case **CLOSED.**

This the 16th day of September, 2021.

/s/ MICHAEL P. MILLS
**UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI**